**Frank TALLOS, Appellant, v. UNITED STATES of America, Appellee.**

No. 3061.

Circuit Court of Appeals, Fourth Circuit.
July 16, 1930.

J. J. Henderson, of Burlington, N. C., for appellant.

E. L. Gavin, U. S. Atty., of Greensboro, N. C.

PER CURIAM.

Motion to docket and dismiss denied. Order filed. Time enlarged for 30 days from July 16, 1930, within which appellant shall file transcript of record and docket cause.

---

**Joseph TALLOS, alias Joseph Tallis, alias Joe Talley, Appellant v. UNITED STATES of America, Appellee.**

No. 3060.

Circuit Court of Appeals, Fourth Circuit.
July 10, 1930.

J. J. Henderson, of Burlington, N. C., for appellant.

E. L. Gavin, U. S. Atty., of Greensboro, N. C.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.

---

**TOWN OF CLOVER and Thomas T. B. Williams, Town Treasurer and Town Clerk of the Town of Clover, South Carolina, Appellants, v. CAROLINA & NORTHWESTERN RAILWAY COMPANY, Appellee.**

No. 2910.

Circuit Court of Appeals, Fourth Circuit.
Nov. 12, 1929.

Hart & Moss, of York, S. C., for appellants.

S. R. Prince and John B. Hyde, both of Washington, D. C., and John A. Marion, of York, S. C., for appellee.

PER CURIAM.

Appeal [34 F.(2d) 840] dismissed, with costs, per agreement of counsel.

---

**UNITED STATES of America, Appellant, v. Jose DOMINGUEZ, Appellee.**

No. 6201.

Circuit Court of Appeals, Ninth Circuit.
July 28, 1930.

Before WILBUR, Circuit Judge, and LOUDERBACK, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to request of counsel for the appellant.